People of State of Illinois, Defendant in Error, v. Robert Schuessler, Plaintiff in Error.

Gen. No. 41,625.

Heard in second division, first district, this court at February term, 1941; opinion filed July 1, 1941. George B. Holmes, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."